## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff,

v.

[1] HERIBERTO BELTRE-DE-LA-PAZ,
    a.k.a. Edi, Eddy,
[2] ALEJANDRO ALISANDI HERRA-
    ROSSO,
    a.k.a. Diyei, Deyei, D.J., Alisanti,
[3] FRANCISCO MATOS-BELTRE,
    a.k.a. Camano,
[4] ISAIAS BELTRE-MATOS,
    a.k.a. Pollo, El Pollo, Isaias Beltre-Matus,
[5] LEE SUD LLEN LEE-SANCHEZ,
    a.k.a. Chino, Sudgen, Suchen, Japon, Jackie
    Chan, Llens M. Lee-Delgado,
[6] JUNIOR FAMILIA-LORENZO,
    a.k.a. Coronel, Juan Diaz, Carlos
    Rodriguez, Mepe, Robert, Junior Familia-
    Valdez, Felix Perez-Diaz,
[7] DOMINGO RAMIREZ,
    a.k.a. Mingo, Gazzo,
[8] LUIS ALEXANDER MATOS-CORDERO,
    a.k.a. Humilde,
[9] JUAN LOURDES BELTRE-BELTRE,
[10] MELVIN MEDINA,
    a.k.a. Hippe, Abo,
[11] REY DAVID BRAVO-AGUIRRE,
    a.k.a. Ray Bravo,
[12] ALEJANDRO TELLO-ROJAS,
    a.k.a. Joel Ocasio-Cancel, William Davila,

Defendants.

INDICTMENT

Criminal No. 14- 471 (PG)

Violations:

Title 18, United States Code, Section
    1028(f), (b)(1)(A) & (B) and (b)(5),
    and (c)(1) & (3)

Title 8, United States Code, Section
    1324(a)(1)(A)(iv) & (a)(1)(A)(v)(I)
    & (a)(1)(B)(i)

Title 18, United States Code, Section
    1028A(a)(1) & (c)

Title 18, United States Code, Section
    1956(a)(2)(B)(i)

Title 18, United States Code, Section 2

(Thirty-Four Counts and Forfeiture)

THE GRAND JURY CHARGES:

United States v. Heriberto Beltre-De-La-Paz, et al.
Indictment
Page 2

## COUNT ONE
18 USC Sec. 1028(f) and (b)(1)
(Conspiracy to Possess and Transfer Identification Documents)

1.      Beginning in at least July 2008, the exact date being unknown to the Grand Jury, and continuing through in or about August 2012, in the District of Puerto Rico and elsewhere, Defendants:  **[1] HERIBERTO BELTRE-DE-LA-PAZ, [2] ALEJANDRO ALISANDI HERRA-ROSSO, [3] FRANCISCO MATOS-BELTRE, [4] ISAIAS BELTRE-MATOS, [5] LEE SUD LLEN LEE-SANCHEZ, [6] JUNIOR FAMILIA-LORENZO, [7] DOMINGO RAMIREZ, [8] LUIS ALEXANDER MATOS-CORDERO, [9] JUAN LOURDES BELTRE-BELTRE, [10] MELVIN MEDINA, [11] REY DAVID BRAVO-AGUIRRE, [12] ALEJANDRO TELLO-ROJAS**, did knowingly combine, conspire, confederate, and agree with each other, and with persons known and unknown to the Grand Jury, to:  knowingly transfer, possess, and use, without lawful authority, a means of identification of another person with intent to commit, and to aid and abet, and in connection with, unlawful activity that constitutes a violation of federal law, including fraud relating to Social Security cards and numbers (Title 42, United States Code, Section 408) and false personation of a U.S. citizen (Title 18, United States Code, Section 911), in violation of Title 18, United States Code, Section 1028(a)(7) and (b)(1)(A) & (B).

### Trafficked Puerto Rican Identities and Identity Documents

2.      The Defendants unlawfully possessed and transferred the following:

United States v. Heriberto Beltre-De-La-Paz, et al.
Indictment
Page 3

a. Puerto Rican Identities: The Defendants sold personal identifying information (such as the name, date of birth ("DOB"), and Social Security number ("SSN")) pertaining to real Puerto Rican U.S. citizens.

b. Unlawful Document Sets: The Defendants sold government-issued identity documents, including Government of Puerto Rico-issued birth certificates and corresponding U.S. Social Security cards (both pertaining to the same Puerto Rican person). These two identity documents (for the same Puerto Rican person), as a set, will be referred to herein as "Unlawful Document Sets."

c. Unlawful Documents: The Defendants sold other identity documents, such as fraudulent driver's licenses and Puerto Rico voter registration cards, individually (i.e., not necessarily matching an Unlawful Document Set). Such documents will be referred to herein as "Unlawful Documents."

## Roles in the Operation

3.    At all times relevant to this Indictment, the Defendants held one or more of the following primary roles in furtherance of the conspiracy:

a. Savarona Supplier: The Defendants referred to below as "Savarona Suppliers" were located (or previously located) in and around the Savarona area of Caguas, Puerto Rico, and unlawfully acquired and supplied identification documents and identifying information to others located in Puerto Rico and elsewhere. Some of the Savarona Suppliers, at times, operated in the Dominican Republic.

b.  Identity Broker:  The Defendants referred to below as "Identity Brokers" unlawfully acquired and distributed identification documents to customers on the mainland United States.

c.  Runner:  The Defendants referred to below as "Runners" retrieved cash payments for unlawful identity documents via money transmitters such as Western Union, and/or obtained identities from other people to provide to conspirators, and/or accepted or sent parcels containing unlawful identity documents through the U.S. Mail.

## The Defendants' Trafficking Operation

4.     The conspirators trafficked Puerto Rican identities, Unlawful Document Sets, and Unlawful Documents to undocumented aliens and others residing within the United States.

a.  The Savarona Suppliers and Runners obtained Unlawful Document Sets as well as fraudulently-manufactured State driver's licenses, Puerto Rico voter registration cards, and other identity- and identification-related documents.  The Identity Brokers in the various cities/states solicited customers (generally, undocumented aliens).  The Identity Brokers quoted a price—about $700 to $2500 for an Unlawful Document Set (and more for a driver's license or voter card)—and required payment of about $400 to $1300 up front.  The Identity Brokers then placed an order for the identity documents (on behalf of the customers) with the Savarona Suppliers by making coded telephone calls to the suppliers and asking for "shirts"/"uniforms"/ "clothes"/"skirts" (for women)/"pants" (for men)—which refer to the identity documents—in a certain "size" (which referred to the age of the identity sought by the customer).  The

conspirators frequently confirmed sender names/addresses, money transfer control numbers ("MTCNs") (a unique number identifying a particular wire transfer), and trafficked identities via text messaging.

b. The Savarona Suppliers generally requested that the Identity Brokers send the customer's initial payment—through a money transfer service such as Western Union or MoneyGram—to a person whose name would be provided to the Identity Broker by the Savarona Supplier. Once the Identity Broker remitted the money through wire transfer (on behalf of a customer), he or she generally contacted the Savarona Supplier and provided him or her with the MTCN. The Savarona Supplier retrieved the payment from the money transfer service and then sent the identity documents to the Identity Broker using U.S. Express, Priority, or regular mail. Various Runners sent or received money and mail parcels.

c. The Savarona Supplier generally requested that the Identity Broker contact him or her once the Identity Broker received the identity documents in the mail. In certain instances, while the parcel was in transit, the Savarona Supplier would call a U.S. Postal Service ("USPS") phone number in order to track the delivery status of the U.S. Mail parcel.

d. In certain instances, the Savarona Suppliers and/or Runners traded with or bought/sold documents from/to each other in order to fill a document order. The conspirators were very aware that the customers wanted document orders to be filled quickly and, thus, often used Express or Priority Mail.

United States v. Heriberto Beltre-De-La-Paz, et al.
Indictment
Page 6

    e.   Once the Identity Broker received the identity documents, he or she delivered the documents to the customer and obtained a second payment. The Identity Broker generally kept this second payment for him or herself as profit.

    f.   Some Identity Brokers assumed a Puerto Rican identity themselves, and used that real person's identity in connection with this identity and document trafficking operation.

    g.   The customers generally obtained these identity documents in order to pretend to be a Puerto Rican U.S. citizen and used the identity documents to obtain additional identification documents (such as legitimate State driver's licenses) and to obtain employment. Some customers obtained the documents to commit financial fraud and attempt to obtain U.S. passports.

    5.    The Defendants:

| Location | Name | Primary Role |
|---|---|---|
| Caguas, PR and the Dominican Republic | • HERIBERTO BELTRE-DE-LA-PAZ | • Savarona Supplier |
| Caguas, PR | • ALEJANDRO ALISANDI HERRA-ROSSO<br>• FRANCISCO MATOS-BELTRE<br>• ISAIAS BELTRE-MATOS<br>• LEE SUD LLEN LEE-SANCHEZ<br>• JUNIOR FAMILIA-LORENZO<br>• DOMINGO RAMIREZ<br>• LUIS ALEXANDER MATOS-CORDERO<br>• JUAN LOURDES BELTRE-BELTRE<br>• MELVIN MEDINA | • Savarona Supplier<br>• Savarona Supplier<br>• Savarona Supplier<br>• Savarona Supplier<br>• Savarona Supplier<br>• Runner<br>• Runner<br>• Runner<br>• Runner |
| Bartow, FL | • REY DAVID BRAVO-AGUIRRE | • Identity Broker |
| Jonesboro, GA | • ALEJANDRO TELLO-ROJAS | • Identity Broker |

United States v. Heriberto Beltre-De-La-Paz, et al.
Indictment
Page 7

## Objects of the Conspiracy

6.      The objects of the conspiracy included the following:

a.   Obtaining money and enriching the members and associates of the conspiracy through the trafficking of Puerto Rican identities, Unlawful Document Sets, and Unlawful Documents;

b.   Obtaining personal identifying information and identity documents of real people and selling them for profit as Unlawful Document Sets and Unlawful Documents to individuals residing in the United States;

c.   Concealing and disguising proceeds of the conspiracy's unlawful activities; and

d.   Strengthening and expanding the relationships of the members and associates of the conspiracy by, among other things, maintaining and enlarging a market in the continental United States for Puerto Rican identities, Unlawful Document Sets, and Unlawful Documents.

## Manner and Means of the Conspiracy

7.      In furtherance of the conspiracy, the Defendants and others known and unknown to the Grand Jury:

a.   Trafficked Puerto Rican identities, Unlawful Document Sets, and Unlawful Documents from Puerto Rico to various cities in the continental United States;

b.   Obtained personal identifying information of real people, including names, dates of birth, and SSNs;

United States v. Heriberto Beltre-De-La-Paz, et al.
Indictment
Page 8

    c.  Purchased personal identifying information of real people, including names, dates of birth, and SSNs;

    d.  Acquired Unlawful Document Sets and Unlawful Documents pertaining to real people, and transferred and/or sold such Unlawful Document Sets and Unlawful Documents to co-conspirators and others;

    e.  Used telephone conversations and text messaging to traffic Puerto Rican identities, Unlawful Document Sets, and Unlawful Documents;

    f.  Provided identifying information and photos of customers via U.S. Mail, telephone, and in-person;

    g.  Mailed parcels to or from Puerto Rico that contained Unlawful Document Sets and Unlawful Documents;

    h.  Used fictitious and/or nominee sender names, sender addresses, or recipient names on parcels;

    i.  Exchanged old, worn, invalidated, or ineffective Unlawful Document Sets and/or Unlawful Documents for newer or different Unlawful Document Sets and/or Unlawful Documents; and

    j.  Funneled proceeds through a variety of methods, including Western Union wire transfers, to various individuals within and outside of the United States.

United States v. Heriberto Beltre-De-La-Paz, et al.
Indictment
Page 9

## Specific Examples of the Manner and Means of the Conspiracy

8.     In furtherance of the conspiracy, the conspirators engaged in one or more of the

following transactions, that involved a means of identification of a real person:

| Act | Date | Transaction | Means of Identification |
|-----|------|-------------|-------------------------|
| 1 | 07/24/2008 | Wire transfer from Heriberto Beltre to "D.R.", Salisbury, MD | Name of "D.R." |
| 2 | 08/14/2008 | Wire transfer from Heriberto Beltre to "D.R.", Salisbury, MD | Name of "D.R." |
| 3 | 05/23/2011 | Parcel mailed from Caguas, PR to Elgin, IL | Social Security numbers ending in 6407 and 3391 |
| 4 | 05/25/2011 | Parcel mailed from "R.P.", Bartow, FL to Caguas, PR | Name and DOB of "E.F.R." |
| 5 | 06/02/2011 | Parcel mailed from "M.G.", Caguas, PR to "V.C.", Columbus, OH | Social Security numbers ending in 7180 and 0495 |
| 6 | 06/03/2011 | Parcel mailed from "M.G.", Caguas, PR to "V.C.", Columbus, OH | Social Security number ending in 2167 |
| 7 | 06/04/2011 | Parcel mailed from "J.R", Caguas, PR to "J.D.G.", Dundee, FL | Social Security number ending in 8543; Name and DOB of "E.F.R." |
| 8 | 06/16/2011 | Parcel mailed from "R.M.", Caguas, PR to Houston, TX | Social Security number ending in 7881 |
| 9 | 06/22/2011 | Parcel mailed from "M.G.", Caguas, PR to "V.C.", Columbus, OH | Social Security numbers ending in 4200 and 8940 |
| 10 | 06/24/2011 | Parcel mailed from Seymour, IN to Caguas, PR | Name of "J.R.S." |
| 11 | 06/29/2011 | Parcel mailed from Caguas, PR to "S.L.", Seymour, IN | Social Security numbers ending in 3577 and 1395; Name of "M.O.A.", "J.R.S.", and "S.M.B." |
| 12 | 07/06/2011 | Parcel mailed from Philadelphia, PA to Domingo Ramirez, Caguas, PR | Social Security number ending in 1652 |
| 13 | 07/16/2011 | Parcel mailed from Caguas, PR to "A.F", Salisbury, MD | Social Security numbers ending in 6865, 0144, 8787, 7012, 7694, 9118, 7898, 1947, 2913, 5873 |
| 14 | 07/20/2011 | Parcel mailed from Caguas, PR to "S.D.", Lawrence, MA | Name of "G.A.D." |
| 15 | 07/21/2011 | Parcel mailed from Columbus, IN to "M.G.", Caguas, PR | Social Security numbers ending in 3387, 6704, 3940, and 1885; Name of "S.M.B." |

United States v. Heriberto Beltre-De-La-Paz, et al.
Indictment
Page 10

| Act | Date | Transaction | Means of Identification |
|-----|------|-------------|-------------------------|
| 16 | 07/26/2011 | Parcel mailed from Caguas, PR to "R.C.", Seymour, IN | Social Security number ending in 5367 |
| 17 | 07/29/2011 | Parcel mailed from "M.G.", Caguas, PR to "V.C.", Columbus, OH | Social Security numbers ending in 1251 and 8674 |
| 18 | 08/05/2011 | Parcel mailed from Luis Matos, Caguas, PR to "J.G.", Grand Rapids, MI | Social Security numbers ending in 0467, 6210, 4187, 9129, 5873, 0693, 8953 |
| 19 | 08/06/2011 | Parcel mailed from Caguas, PR to "R.C.", Grand Rapids, MI | Social Security number ending in 1606 |
| 20 | 08/06/2011 | Parcel mailed from Caguas, PR to "J.M.", Guymon, OK | Social Security numbers ending in 3918, 9712, 5411, 5561, and 9988 |
| 21 | 08/10/2011 | Parcel mailed from Caguas, PR to "S.D.", Lawrence, MA | Name of "A.V.L." |
| 22 | 08/11/2011 | Parcel mailed from Caguas, PR to "B.C.", Hazleton, PA | Social Security number ending in 1845 |
| 23 | 08/15/2011 | Parcel mailed from Caguas, PR to "A.H.", Guymon, OK | Social Security numbers ending in 7264, 3872, 8195, and 6514 |
| 24 | 08/15/2011 | Parcel mailed from Caguas, PR to "R.H.", Huron, SD | Social Security number ending in 6678 |
| 25 | 08/17/2011 | Parcel mailed from Caguas, PR to "J.G.", Grand Rapids, MI | Social Security numbers ending in 5911, 1487, 4294, and 8613 |
| 26 | 08/18/2011 | Parcel mailed from Caguas, PR to Dundee, FL | Social Security number ending in 9469 |
| 27 | 08/18/2011 | Parcel mailed from Caguas, PR to "R.C.", Bartow, FL | Social Security number ending in 9029 |
| 28 | 08/29/2011 | Parcel mailed from Caguas, PR to Seymour, IN | Social Security number ending in 2902 |
| 29 | 09/11/2011 | Parcel mailed from Jonesboro, GA to "R.B.", Caguas, PR | Name of "J.O.C." |

(All in violation of Title 18, United States Code, Section 1028(f), (b)(1)(A) & (B), (b)(5), and (c)(1) & (3).)

United States v. Heriberto Beltre-De-La-Paz, et al.
Indictment
Page 11

## COUNT TWO
### 8 USC Sec. 1324(a)(1)(A)(iv), (a)(1)(A)(v)(I), and (a)(1)(B)(i).
### (Conspiracy to Encourage an Alien to Reside in the United States for Financial Gain)

1.      Beginning in at least July 2008, the exact date being unknown to the Grand Jury, and continuing through in or about August 2012, in the District of Puerto Rico and elsewhere, Defendants: **[1] HERIBERTO BELTRE-DE-LA-PAZ, [2] ALEJANDRO ALISANDI HERRA-ROSSO, [3] FRANCISCO MATOS-BELTRE, [4] ISAIAS BELTRE-MATOS, [5] LEE SUD LLEN LEE-SANCHEZ, [6] JUNIOR FAMILIA-LORENZO, [7] DOMINGO RAMIREZ, [8] LUIS ALEXANDER MATOS-CORDERO, [9] JUAN LOURDES BELTRE-BELTRE, [10] MELVIN MEDINA, [11] REY DAVID BRAVO-AGUIRRE, [12] ALEJANDRO TELLO-ROJAS,** did knowingly combine, conspire, confederate, and agree with each other, and with persons known and unknown to the Grand Jury, to knowingly encourage and induce an alien to reside in the United States, knowing and in reckless disregard of the fact that such residence was and would be in violation of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv), (a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).

2.      Paragraphs 2 through 5 of Count 1 of this Indictment are re-alleged as if fully set forth herein.

### Object of the Conspiracy

3.      Paragraph 6 of Count 1 of this Indictment is re-alleged as if fully set forth herein.

United States v. Heriberto Beltre-De-La-Paz, et al.
Indictment
Page 12

## Manner and Means of the Conspiracy

4.      Paragraph 7 of Count 1 of this Indictment is re-alleged as if fully set forth herein.

## Specific Examples of the Manner and Means of the Conspiracy

5.      Paragraph 8 of Count 1 of this Indictment is re-alleged as if fully set forth herein.

(All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv), (a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).)

United States v. Heriberto Beltre-De-La-Paz, et al.
Indictment
Page 13

## COUNTS THREE THROUGH TWENTY-NINE
18 USC Sec. 1028A(a)(1) and (c)
(Aggravated Identity Theft)

1.      Paragraphs 2 through 5 of Count 1 of this Indictment are re-alleged as if fully set forth herein.

2.      On or about the dates below, in the District of Puerto Rico and elsewhere, and pursuant to Title 18, United States Code, Section 3237(a) within the jurisdiction of this Court, Defendants:  [1] HERIBERTO BELTRE-DE-LA-PAZ, [2] ALEJANDRO ALISANDI HERRA-ROSSO, [3] FRANCISCO MATOS-BELTRE, [4] ISAIAS BELTRE-MATOS, [5] LEE SUD LLEN LEE-SANCHEZ, [6] JUNIOR FAMILIA-LORENZO, [7] DOMINGO RAMIREZ, [8] LUIS ALEXANDER MATOS-CORDERO, [9] JUAN LOURDES BELTRE-BELTRE, [10] MELVIN MEDINA, [11] REY DAVID BRAVO-AGUIRRE, [12] ALEJANDRO TELLO-ROJAS, aiding and abetting each other, did knowingly transfer and possess, without lawful authority, a means of identification of another person (as specified below) during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A(c) (namely, Title 42, United States Code, Section 408(a)(7)(C) (unlawful sale and purchase of a Social Security card); and Title 18, United States Code, Section 911 (false personation of a U.S. citizen)), in violation of Title 18, United States Code, Section 1028A(a)(1):

| Count | Date | Transaction | Means of Identification |
|-------|------|-------------|-------------------------|
| 3 | 05/23/2011 | Parcel mailed from Caguas, PR to Elgin, IL | Social Security numbers ending in 6407 and 3391 |
| 4 | 05/25/2011 | Parcel mailed from "R.P.", Bartow, FL to Caguas, PR | Name and DOB of "E.F.R." |
| 5 | 06/02/2011 | Parcel mailed from "M.G.", Caguas, PR to "V.C.", Columbus, OH | Social Security numbers ending in 7180 and 0495 |

United States v. Heriberto Beltre-De-La-Paz, et al.
Indictment
Page 14

| Count | Date | Transaction | Means of Identification |
|---|---|---|---|
| 6 | 06/03/2011 | Parcel mailed from "M.G.", Caguas, PR to "V.C.", Columbus, OH | Social Security number ending in 2167 |
| 7 | 06/04/2011 | Parcel mailed from "J.R", Caguas, PR to "J.D.G.", Dundee, FL | Social Security number ending in 8543; Name and DOB of "E.F.R." |
| 8 | 06/16/2011 | Parcel mailed from "R.M.", Caguas, PR to Houston, TX | Social Security number ending in 7881 |
| 9 | 06/22/2011 | Parcel mailed from "M.G.", Caguas, PR to "V.C.", Columbus, OH | Social Security numbers ending in 4200 and 8940 |
| 10 | 06/24/2011 | Parcel mailed from Seymour, IN to Caguas, PR | Name of "J.R.S." |
| 11 | 06/29/2011 | Parcel mailed from Caguas, PR to "S.L.", Seymour, IN | Social Security numbers ending in 3577 and 1395; Name of "M.O.A.", "J.R.S.", and "S.M.B." |
| 12 | 07/06/2011 | Parcel mailed from Philadelphia, PA to Domingo Ramirez, Caguas, PR | Social Security number ending in 1652 |
| 13 | 07/16/2011 | Parcel mailed from Caguas, PR to "A.F", Salisbury, MD | Social Security numbers ending in 6865, 0144, 8787, 7012, 7694, 9118, 7898, 1947, 2913, 5873 |
| 14 | 07/20/2011 | Parcel mailed from Caguas, PR to "S.D.", Lawrence, MA | Name of "G.A.D." |
| 15 | 07/21/2011 | Parcel mailed from Columbus, IN to "M.G.", Caguas, PR | Social Security numbers ending in 3387, 6704, 3940, and 1885; Name of "S.M.B." |
| 16 | 07/26/2011 | Parcel mailed from Caguas, PR to "R.C.", Seymour, IN | Social Security number ending in 5367 |
| 17 | 07/29/2011 | Parcel mailed from "M.G.", Caguas, PR to "V.C.", Columbus, OH | Social Security numbers ending in 1251 and 8674 |
| 18 | 08/05/2011 | Parcel mailed from Luis Matos, Caguas, PR to "J.G.", Grand Rapids, MI | Social Security numbers ending in 0467, 6210, 4187, 9129, 5873, 0693, 8953 |
| 19 | 08/06/2011 | Parcel mailed from Caguas, PR to "R.C.", Grand Rapids, MI | Social Security number ending in 1606 |
| 20 | 08/06/2011 | Parcel mailed from Caguas, PR to "J.M.", Guymon, OK | Social Security numbers ending in 3918, 9712, 5411, 5561, and 9988 |
| 21 | 08/10/2011 | Parcel mailed from Caguas, PR to "S.D.", Lawrence, MA | Name of "A.V.L." |
| 22 | 08/11/2011 | Parcel mailed from Caguas, PR to "B.C.", Hazleton, PA | Social Security number ending in 1845 |
| 23 | 08/15/2011 | Parcel mailed from Caguas, PR to "A.H.", Guymon, OK | Social Security numbers ending in 7264, 3872, 8195, and 6514 |

United States v. Heriberto Beltre-De-La-Paz, et al.
Indictment
Page 15

| Count | Date | Transaction | Means of Identification |
|-------|------|-------------|-------------------------|
| 24 | 08/15/2011 | Parcel mailed from Caguas, PR to "R.H.", Huron, SD | Social Security number ending in 6678 |
| 25 | 08/17/2011 | Parcel mailed from Caguas, PR to "J.G.", Grand Rapids, MI | Social Security numbers ending in 5911, 1487, 4294, and 8613 |
| 26 | 08/18/2011 | Parcel mailed from Caguas, PR to Dundee, FL | Social Security number ending in 9469 |
| 27 | 08/18/2011 | Parcel mailed from Caguas, PR to "R.C.", Bartow, FL | Social Security number ending in 9029 |
| 28 | 08/29/2011 | Parcel mailed from Caguas, PR to Seymour, IN | Social Security number ending in 2902 |
| 29 | 09/11/2011 | Parcel mailed from Jonesboro, GA to "R.B.", Caguas, PR | Name of "J.O.C." |

(All in violation of Title 18, United States Code, Section 1028A(a)(1) and (c), Section 2, and Pinkerton v. United States, 328 U.S. 640 (1946) (co-conspirator liability).)

## COUNTS THIRTY THROUGH THIRTY-FOUR
18 USC Sec. 1956(a)(2)(B)(i)
(International Money Laundering)

On or about the dates below, in the District of Puerto Rico and elsewhere, Defendant **[1]**

**HERIBERTO BELTRE-DE-LA-PAZ**, did cause the transmission and transfer of funds from a

place in the United States, that is Puerto Rico, to a place outside the United States, that is the

Dominican Republic, knowing that the funds involved in the transmission and transfer

represented the proceeds of some form of unlawful activity and knowing that such transmission

and transfer was designed in whole or in part to conceal and disguise the nature, location, source,

ownership, and control of the proceeds of specified unlawful activity, namely, identification

fraud, in violation of Title 18, United States Code, Section 1028(a), and encouraging and

inducing an alien to reside in the United States for profit, in violation of Title 8, United States

Code, Section 1324(a).

| Count | Date | Destination | Amount Transferred |
|-------|------|-------------|--------------------|
| 30 | 10/09/2010 | Dominican Republic | $500.00 |
| 31 | 10/23/2010 | Dominican Republic | $500.00 |
| 32 | 11/03/2010 | Dominican Republic | $550.00 |
| 33 | 11/13/2010 | Dominican Republic | $572.00 |
| 34 | 03/02/2011 | Dominican Republic | $1,000.00 |

(All in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i) and 2.)

United States v. Heriberto Beltre-De-La-Paz, et al.
Indictment
Page 17

## FORFEITURE ALLEGATION

Pursuant to Rule 32.2, Federal Rule of Criminal Procedure, the Defendants are notified that upon conviction of Count One of this Indictment, they shall forfeit the property described below.

1.     The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference as though fully set forth herein.

2.     Pursuant to Title 18, United States Code, Section 982(b)(1) and 1028(g) and Title 28, United States Code, Section 2461(c), Defendants convicted of Count One shall forfeit to the United States of America: (a) any property constituting or derived from proceeds the person obtained directly or indirectly as the result of such violation and all illicit authentication features, identification documents, document-making implements, or means of identification; (b) any personal property used or intended to be used to commit the offense.

3.     Pursuant to Title 18, United States Code, Section 982(a)(6), Defendants convicted of Count Two shall forfeit to the United States of America any conveyance, including any vessel, vehicle, or aircraft, used in the commission of the offense of which the defendants are convicted, any property, real or personal, that constitutes or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense of which the defendants are convicted, and any property, real or personal, used to facilitate or intended to be used to facilitate the commission of the offense of which the defendants are convicted.

**United States v. Heriberto Beltre-De-La-Paz, et al.**
Indictment
Page 18

4.      Pursuant to Title 18, United States Code, Section 982(a)(1), upon conviction of the offenses alleged in Counts Thirty through Thirty-Four, Defendant **[1] HERIBERTO BELTRE-DE-LA-PAZ** shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property.

5.      If any of the property described above, as a result of any act or omission of the Defendants:

        a.      cannot be located upon the exercise of due diligence;

        b.      has been transferred or sold to, or deposited with, a third party;

        c.      has been placed beyond the jurisdiction of the court;

        d.      has been substantially diminished in value; or

        e.      has been commingled with other property which cannot be divided
                without difficulty,

the United States of America shall be entitled to, and shall pursue, forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b)(1) and Title 28, United States Code, Section 2461(c).

(In accordance with Title 18, United States Code, Section 982(a)(2)(B), Section 1028(b)(5) and (h); Title 18, United States Code, Section 982(a)(6); Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).)

**United States v. Heriberto Beltre-De-La-Paz, et al.**
Indictment
Page 19

---

**Foreperson**
Date: August 6, 2014

ROSA E. RODRÍGUEZ-VÉLEZ
United States Attorney

By: _____
José Ruíz-Santiago
Chief, Criminal Division

LESLIE R. CALDWELL
Assistant Attorney General
U.S. Department of Justice
Criminal Division

By: _____
Marianne Shelvey
Trial Attorney
U.S. Department of Justice
Criminal Division
Organized Crime and Racketeering Section

William Henry Kenety V

U.S. Department of Justice
Criminal Division
Human Rights and Special Prosecutions Section